UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, | Civil Action No.: 7:18-cv-06699-KMK-PED |
| Plaintiff, | |
| v. | |
| LLF CONSTRUCTION SERVICES, INC., | |
| Defendant. | |

## CONSENT JUDGMENT

WHEREAS, Plaintiff Arch Specialty Insurance Company ("Arch") commenced the above-captioned action (the "Action") against Defendant LLF Construction Services, Inc. ("LLF") for unpaid additional insurance premium owed to Arch by LLF under Commercial General Liability Policy Number AGL0025498-00; and

WHEREAS, LLF is no longer defending this matter; and

WHEREAS, Arch and LLF have agreed to finally resolve this Action; and

WHEREAS, Arch and LLF have agreed to entry of a Consent Judgment on the following terms, and LLF has agreed not to appeal any part of this stipulated Consent Judgment;

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered against LLF and in favor of Arch in this Action in the liquidated amount of $95,841.87, with interest at 9% per annum from November 25, 2016, amounting to $ 121,293.80 .

2.  LLF has waived notice and service of entry of the Consent Judgment. LLF also has agreed not to appeal or otherwise attack the validity or enforceability of the Consent Judgment.

3.  Any claims for attorneys' fees and costs related to this Action and incurred through the date of entry of this Consent Judgment have been resolved between the parties and are hereby disposed of by this Order. Nothing herein shall be construed to prohibit Arch from seeking its attorneys' fees and costs in connection with any actions taken to enforce this Consent Judgment in the future.

IT IS SO ORDERED.

DATED: 12/10/19

_____
Honorable Kenneth M. Karas
United States District Judge

The foregoing Consent Judgment has been agreed and consented to by the parties:

ARCH SPECIALTY INSURANCE COMPANY

Dated: New York, New York
October 16, 2019

ROBINSON & COLE LLP

By:  /s/ David C. Sienko
J. Gregory Lahr
Cara C. Vecchione
David C. Sienko
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
glahr@rc.com
cvecchione@rc.com
dsienko@rc.com
*Attorneys for Plaintiff Arch Specialty Insurance Company*

LLF CONSTRUCTION SERVICES, INC.

Dated: New York, New York
October 16, 2019

MITCHELL LAW GROUP

By: */s/ Jerome Mitchell*
Jerome Mitchell
295 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 893-6049
Facsimile: (914) 352-0000
j.mitchell@mitlawgrp.com
*Attorneys for Defendant LLF Construction Services, Inc.*